# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

CHRISTOPHER N. DOYLE

      v.                                    05-3510-SSA-CV-S-WAK

JO ANNE B. BARNHART

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and this case is dismissed.

*ENTERED ON:*

*July 7, 2006*                                   *Patricia L. Brune*
*Date*                                               Clerk

                                                    */s/ Jackie Price*

                                                    *(By) Deputy Clerk*